(Name) Leandro Leonel Gonzalez
Salinas Valley State Prison
(Address) P.O. Box 1050
Soledad
(City, State, Zip) California
93960
(CDC Inmate No.) V74928

**FILED**

Feb 08 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ nataliep  DEPUTY

NUNC PRO TUNC

Jan 12 2017

# United States District Court
## Southern District of California

Leandro Leonel Gonzalez

(Enter full name of plaintiff in this action.)

                                    Plaintiff,

    v.

Correctional Officer Gusman
Correctional Officer Rodrin
Individual and in Their
Official Capacities.

(Enter full name of each defendant in this action.)

                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'17CV241 GPC BGS**

Civil Case No. _____
(To be supplied by Court Clerk)

COMPLAINT FOR DECLARATORY
RELIEF AND MONETARY DAMAGES

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. 28 U.S.C. §§ 1331 & 1343; This Court has jurisdiction over Plaintiff's action for declaratory relief pursuant to 28 U.S.C. § 2201 and rule 57 of the FRCP; Venue is proper in the Southern District of CA under U.S.C. § 1391 (b)(2) THE EVENTS OCCURRED AT RJD.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Leandro Leonel Gonzalez
(print Plaintiff's name)
CDCR V74928                  , who presently resides at Salinas Valley State Prison
P.O. Box 1050, Soledad, CA 93960                  (mailing address or place of confinement)
                  , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Richard J.

Donovan Correctional Facility          on (dates) 4/6/15    , 4/6/15    , and
(institution/place where violation occurred)              (Count 1)      (Count 2)      (Count 3)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant   Gusman                          resides in Richard J. Donovan C.F.
        (name)                                                            (County of residence)
and is employed as a   Correctional Officer          . This defendant is sued in
       (defendant's position title (if any))
his/her X individual X official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Gusman was exercising the power that comes from his position of authority as Correctional Officer, specific opened and closed the door of the building 11 of Richard J. Donovan Correctional Facility on April 6, 2015, working for the prison system.

Defendant   Rodrin                          resides in Richard J. Donovan C.F.
        (name)                                                            (County of residence)
and is employed as a   Correctional Officer          . This defendant is sued in
       (defendant's position title (if any))
his/her X individual X official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Rodrin was exercising the power that comes from his position of authority as Correctional Officer, specific in the floor of the building 11 of Richard J. Donovan Correctional Facility on April 6, 2015, working for the prison system.

Defendant                                   resides in
        (name)                                                            (County of residence)
and is employed as a                                 . This defendant is sued in
       (defendant's position title (if any))
his/her   individual   official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

Defendant                                   resides in
        (name)                                                            (County of residence)
and is employed as a                                 . This defendant is sued in
       (defendant's position title (if any))
his/her   individual   official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: Freedom from cruel and unusual punishment                                                            (E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 1.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

(See attached memorandum page 1 through 17)

(Paragraphs 1 through 97)

Count 2: The following civil right has been violated: <u>Right to medical care</u>

(E.g., right to medical care, access to courts.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

(See attached memorandum page 1 through 18)

(Paragraphs 1 through 107)

Count 3: The following civil right has been violated:

(E.g., right to medical care, access to courts.

due process. free speech. freedom of religion, freedom of association. freedom from cruel and unusual punishment. etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D.  Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  X No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised:

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  X Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

(See attached memorandum paragraphs 36 through 85)

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):

Issue a declaratory judgment that the Defendants' actions complained of herein violate Plaintiff's rights under the U.S. Constitution and as otherwise alleged herein.

      2. Damages in the sum of $ In an amount to be determined at trial

      3. Punitive damages in the sum of $ amount to be determined at trial

      4. Other: Compensatory damages in an amount to be determined at trial. Award Plaintiff the costs of suit and reasonable attorney's fees if this Honorable Court appointment one; and Grand Plaintiff such other and further relief as the Court deems just and proper.

### F. Demand for Jury Trial

Plaintiff demands a trial by X Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

X Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

1/9/17
Date

_____
Signature of Plaintiff

MEMORANDUM

1. Leandro Leonel Gonzalez Castillo (here after Plaintiff) contends, the U.S. Supreme Court has dealt with inmates' conditions of confinement in a number of cases. These cases establish that for convicted inmates, the cruel and unusual punishments clause of the Eighth Amendment imposes a duty on prison officials to provide "humane conditions of confinement;" Officials must "Take reasonable measures to guarantee the safety of the inmates" See: Farmer v. Brennan, 511 U.S. at 832 (quoting Hudson v. Palmer 468, U.S. 517, 526-27, 104 S.CT. 3194.

2. Plaintiff was recently housed on building 11, cell 201 of the Facility "C" in Richard J. Donovan Correctional Facility, with his new cellmate Juan Rocha.

3. Since the first day in cell 201, Plaintiff observed that the door of his cell, do not worked good, because every time when the control's officer tried to open the door, the door only opened about 5 o 6 inchs and shackled (Plaintiff informed to the officers of the building about the problem with his door, requested they send staff to repaired the door.

4. Every time that Plaintiff and his cellmate had to get out of the cell, Plaintiff had to inserted his right hand in the little space with the purpose to pull the door to open.

5. On 6 April 2015, Plaintiff had about a week living in cell 201, the whole week Plaintiff waited the control's officer tried to open the door, after Plaintiff heard the shackle, he inserted his right hand to pull the door to open

6. The Correctional Officer Gusman (here after Defendant Gusman) was working that day in the control of the building 11,

page 1

opened and closed the door, he knew about the problem with Plaintiff door, endargered the health and safety of Plaintiff.

7. Defendant Gusman not only actually knew about the substantial risk of serious harm from the very fact that if he close the door when Plaintiff inserted his right hand to pull the door to open, the risk to cause serious injuries was obvious, See: Farmer v. Brennan, 511 U.S. at 842. See also Wilson v. Seiter, 501 U.S. at 300-01 ("The long duration of a cruel prison condition may make it easier to establish knowledge and hence some form of intent... .")

8. Defendant Gusman motivated by evil motives planed to cause serious injuries to Plaintiff and uncorcerned decided actuated as executor.

9. Approximately 7:20 am, Defendant Gusman opened the door about 5 o 6 inchs, Plaintiff heard the shackle and seen the little space opened, then Plaintiff inserted his right hand with the purpose to pull the door to open, as Plaintiff did in the past days.

10. When Defendant Gusman seen Plaintiff's right hand trying to pull the door, Defendant Gusman malicious and sadistic close the door clinching Plaintiff's right hand, Defendant Gusman failed to respond reasonably because he closed the door when Plaintiff inserted his right hand.

11. Defendant Gusman was sadist because the infliction of pain in Plaintiff's right hand and arm was unbearable mading vociferated to Plaintiff "OPEN THE DOOR" to Defendant Gusman a couple times, until Defendant Gusman opened the door.

12. After Plaintiff got out his right hand, he seen his fingers with deep cuts bleeding, as well as with a terrible pain and problems in the mobility of his right hand and arm, because Plaintiff

page 2

received serious damages in his bones and nerves; Plaintiff sho-
wed his fingers to his cellmate Juan Rocha, who observed the
aforementioned (see exhibits # 25, 56 & 57 attached "DECLARATIONS
")

13. Defendant Gusman commited the crime of battery against Pla-
intiff, because intentional and premeditated was evil, mean, wan-
ted to hurt Plaintiff, Defendant Gusman used the condition of the
Plaintiff's confinement to made suffered a corporal punishment to
Plaintiff.

14. Defendant Gusman revealed to Plaintiff about 7:20 am, his
malicious and sadistic plan, because when Plaintiff seen in di-
recction to the control, Defendant Gusman made a sign corrobora-
ting his intentional "SETTING UP" also enjoying what he did.

15. Defendant Gusman acted with deliberated indifference becau-
se he actually knew that Plaintiff faced a substantial risk of
serious harm if he close the door in Plaintiff's right hand and
disregards that risk he closed the door failing to take a reaso-
nable measure to abate the battery.

16. Defendant Gusman used the door as a deadly weapon with a
huge force against Plaintiff, the injuries that Plaintiff suffer-
ed was substantial, as well as Defendant Gusman's battery was
designed to inflicted severe mental and emotional punishment to
Plaintiff.

17. Is clear that Defendant Gusman knew at the time that Plain-
tiff was not going to hurt anyone, because Plaintiff was in his
cell with his cellmate waiting to walking to breakfast, Defendant
Gusman made a serious corporal punishment against Plaintiff, beca-
use he just wanted to cause intentional infliction of physical

page 3

1  pain.

2    18. The Constitution prohibits corporal punishment in prisons

3  because such after-the-fact force is not "applied in a good-faith

4  effort to maintain or restore discipline.

5    19. Defendant Gusman used the condition of Plaintiff's confine-

6  ment to attack to Plaintiff with a deadly weapon (THE DOOR).

7    20. Then, Plaintiff called a porter and explained through the

8  cell's window the problem and showed his injuries, then Plaintiff

9  told the porter "please explain to Officer Rodrin (here after

10  Defendant Rodrin) that I have a medical emergency" Plaintiff saw

11  the porter explained to Defendant Rodrin but Defendant Rodrin did

12  not gave importance to Plaintiff's request.

13    21. Defendant Rodrin commenced in that moment to violated the

14  constitution because he acted with deliberate indifference (Pla-

15  intiff let him knew, but Defendant Rodrin endarger Plaintiff's

16  health with the deny).

17    22. Plaintiff was suffering unbearable pain in his right hand

18  and arm, after a while, the kitchen's worker brought the breakfast

19  to the building, then Defendant Gusman opened all building's doors

20  with the purpose every inmate came out to pick up their trays.

21    23. Plaintiff came out of his cell, picked up his tray and sto-

22  ped facing Defendant Rodrin, Plaintiff showed him the cuts of his

23  fingers still bleeding and requested IMMEDIATELY HEALTH CARE

24  SERVICES.

25    24. Defendant Rodrin deny Plaintiff immediately health care ser-

26  vices, the deny caused more unnecessary unbearable pain to Plain-

27  tiff, making difficult for Plaintiff to do basic things like eat,

28  write, typewrite, workout, clean his body sleep, etc. "The

1  Constitution requires prison officials to provide immediately

2  health care services to inmates with serious medical needs."

3      25. Plaintiff was suffering in his cell, suddenly the door open-

4  ed again, Plaintiff went to the podium to explained Defendant

5  Rodrin the problem again, requesting immediately help but Defendant

6  Rodrin refused to assist Plaintiff again, then Plaintiff asked to

7  Defendant Rodrin, What is the name of the officer working in the

8  control? he answered, "Gusman".

9      26. Defendant Rodrin violated the Constitution acted with delibe-

10  rate indifference because he actually knew about Plaintiff's serio-

11  us medical need but he failed to respond reasonably. The denial of

12  immediately health care services resulted in unbearable pain and

13  suffered to Plaintiff, that did not served for any penalogical

14  purpose, Defendant Rodrin deny Plaintiff immediately health care

15  services only for punish Plaintiff.

16      27. Plaintiff had opened wounds when Defendant Rodrin deny to

17  Plaintiff immediately health care services endanger Plaintiff's

18  health, because was clearly serious, the failure to treat Plaintiff

19  's wounds resulted in further unnecessary and wanton infliction of

20  pain, see : Cooper v. Casey, 97 F.3d 914, 919 (7th Cir. 1996).

21      28. Plaintiff verbally did everything told Defendant Rodrin about

22  the cuts in his fingres, Plaintiff asked Defendant Rodrin contacted

23  the immediately health care services but Defendant Rodrin with

24  deliberate indifference denied Plaintiff his request. See: Chavez

25  v. Cady, 207 F.3d 901, 903, 906 (7th Cir. 2000) (Plaintiff did his

26  part to let the Defendant Rodrin know he was suffering).

27      29. Defendant Rodrin did not responded reasonably, because Plain-

28  tiff should be promptly examined by qualified medical personel,

1    prescribed or ordered the necessary treatment, and then provided

2    follow-up attention as needed "According to the Supreme Court,

3    prison officials violate the Constitution when they intentionally

4    deny access to medical care.

5    30. See: Lancaster v. Monroe County, 116 F.3d at 1425 (Clearly

6    established that "an official acts with deliberate indifference

7    when he knows that an inmate is in serious need of medical care,

8    but he fails or refuses to obtain medical treatment for the

9    inmate").

10    31. As well as Defendant Rodrin may not deny Plaintiff medical

11    care in order to punish Plaintiff. See: Archer v. Dutcher, 733

12    F.2d 14, 17 (2d Cir 1984) and Flowers v. Bennett, 123 F. Supp.

13    2d 595, 600-01 (N.D. Ala. 2000).

14    32. Defendant Rodrin's deliberate indifference caused a unbeara-

15    ble pain and suffering to Plaintiff making his condition worse.

16    See: Sealock v. Colo., 218 F.3d 1205, 1210 n.5 (10th Cir. 2000)

17    ("[T]here is factual evidence from which a jury could conclude

18    that the intentionally deny access to medical care accasioned by

19    Defendant Rodrin inaction, unnecessarily prolonged Plaintiff's

20    pain and suffering.")

21    33. After the deny from Defendant Rodrin to immediately health

22    care services to Plaintiff; Plaintiff submitted a HEALTH CARE

23    SERVICES REQUEST FORM, (MEDICAL) described his health problem

24    (see exhibits # 35 & 20 dated 4/6/15 attached).

25    34. As well as, Plaintiff submitted a HEALTH CARE SERVICES RE-

26    QUEST FORM, (MENTAL HEALTH) described his mental health problem

27    (see exhibits # 36 & 19 dated 4/6/15 attached).

28    35. Plaintiff has exhausted all available administrative

1 remedies at the Department of Corrections and Rehabilitation in
2 the State of California.

3      36. On 4/6/15 Plaintiff filed an Appeal form CDCR 602, complai-
4 ning the cruel and unusual punishment that he received by Defen-
5 dants Gusman and Rodrin due the prison conditions, the appeal was
6 received by Appeals Coordinator (here after (AC)) on April 08,
7 2015 (see exhibits # 28 & 30 attached) also (see exhibits # 32,
8 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48,
9 49 & 50 attached) (NOTE: In exhibit # 28, the list of supporting
10 documents attached, Plaintiff wrote 4/5/15 in error, the true da-
11 te is 4/6/15) The appeal was screened with log # RJD-C-15-01449.

12      37. On April 15, 2015 the appeal RJD-C-15-01449 was rejected
13 (see exhibit # 28 attached) with an CDCR form 695 dated Tuesday
14 April 21, 2015, stated "Provide a form 22 about this issue with a
15 response from the officer named in your appeal, including a super-
16 visor review by the facility Sergeant, Lieutenant, or Captain."
17 and "The Hiring authority reviewed this appeal and determined
18 that it did not meet the requirement for assignment as a staff
19 complaint and was referred for routine appeal processing." (see
20 exhibit # 39 attached)

21      38. On 4/22/15, Plaintiff submitted two form 22. The first to
22 Defendant Gusman, the Second to the Sergeant, Lieutenant or Capta-
23 in, both to facility C program office (see exhibits # 33 & 34
24 attached) Plaintiff never received a response from them.

25      39. On 4/28/15, Plaintiff resubmitted the appeal RJD-C-15-01449
26 with a note stated "I submitted two forms 22 about this issue, one
27 to officer Gusman, the another one to facility "C" staff in pro-
28 gram office (see attached copies) I wait an answere but I did not

1  get it. Please screen this appeal to acceptance and assignment
2  for review. (see exhibit # 39 attached)

3  40. On May 20, 2015, the appeal RJD-C-15-01449 was rejected for
4  second time (see exhibit # 28 attached) with four CDCR forms 695
5  dated Thursday, May 21, 2015, stated the following.

6  41. First CDCR form 695 stated "You must provide evidence and
7  details that support your unsubstantiated claim indicating staff
8  closed the door on your hand." (see exhibit # 40 attached)

9  42. Plaintiff answered on 5/27/15, stated "The specify act is
10 "Guard Brutality" I was injured and that the guard acted malicio-
11 usly, I have a constitutional claim for the tort of "battery" the
12 evidence to support are 2 declaration, wrote by witnesses with
13 personal knowledge of the fact (see attached)" (see exhibit # 40
14 attached).

15 43. NOTE: Plaintiff was ordered by (AC) in exhibit # 45 to remo-
16 ve the handwritten & typed notes from other inmates (the 2 decla-
17 ration) any way Plaintiff attached later again in appeal form CDCR
18 602 Log Number RJD-C-16-1153 (see exhibits # 25, 26 & 27 attached)

19 44. Second CDCR form 695 stated "You did not provide a CDCR 22
20 with a response, please provide a copy of the CDCR 22 form from
21 facility C officer mentioned. If you are dissatisfied with the
22 response contact the supervisor (Sgt., Lt., and or Captain) (see
23 exhibit # 41 attached)

24 45. Plaintiff answered on 5/27/15, stated "I wrote a CDCR 22
25 form to officer Gusman on 4/22/15 (see attached) but he still re-
26 fuse to answere, you already seen stop play games. (see exhibit
27 # 41 attached).

28 46. State of California, California Code of Regulations, title

page 8

15 § 3086 (f)(4) stated "Within three working days after receipt of the form, the responding employee shall: (A)Note his or her decision or action on the form. (B)Sign and date the form. (C)Retain a copy for his or her records. (D)Return the original and remaining copy of the form to the inmate or parolee.

47. Third CDCR form 695 stated "Please remove medical request forms attached to your appeal. (see exhibit # 42 attached).

48. Plaintiff answered on 5/27/15, stated "I removed" (see exhibit # 42 attached).

49. Fourth CDCR form 695 stated "Please remove medical request forms attached to your appeal. (see exhibit # 43 attached)

50. Plaintiff answered on 5/27/15, stated "I removed" (see exhibit # 43 attached).

51. On June 17, 2015, the appeal RJD-C-15-01449 was rejected for third time (see exhibit # 28 attached) with a attached CDCR form 695 dated Thursday, June 18, 2015, stated "Please provide documentation to support your claim (medical report) or any documentation to support your claim. Remove handwritten notes. Please follow the instructions noted on the 695(s) attached and resubmit" (see exhibit # 44 attached)

52. Plaintiff answered on 6/22/15 stated "On May 21, in your 695 you requested I remove the only medical documentation I have and requested evidence, so I removed and sent you 2 declaration as evidence, now I'm sending again the medical documentation, next time I will direct to District Court because is clear you are cover officer Gusman (see exhibit # 44 attached).

53. On July 22, 2015, the appeal RJD-C-15-01449 was rejected for fourth time (see exhibit # 28 attached) with a attached CDCR form

695 dated Saturday, August 01, 2015, stated "Remove handwritten & typed notes from other inmates. Please follow the instructions noted on previous CDCR 695(s)." (see exhibit # 45 attached).

54. Plaintiff answered on 08/05/15, stated "I removed, as well as I pursuant 15 CCR § 3084.3(b) because I have difficulty in describing the problem and attached the necessary supporting documents, my primary language is spanish; I request (AC) arrange an interview to clarify or complete the appeal. Thank you" (see exhibit # 45 attached).

55. On Saturday, September 12, 2015, the appeal RJD-C-15-01449 was rejected for fifth time with 2 attached CDCR forms 695 (see exhibits # 46 & 47 attached).

56. First CDCR form 695 stated "You have not attached the documents as requested on previous 695(s) Please follow the instructions noted. Per CCR 3084 (h) Supporting documents means documents that are needed to substantiate allegations made in the appeal including, but not limited to, classification chronos, property inventory sheets, property receipts... (see exhibit # 46 attached)

57. Plaintiff answered the CDCR form 695 on 10/08/15, stated "I am unable to communicate well in english, also CDCR staff refuse to given to me the needed document, this appeal should have been processed even though some technical requirement was not meet; Anyway I attached a new medical CDCR 7362 form. (see exhibit # 46 attached).

58. The second CDCR form 695 stated "Pursuant the Title 15 § (CCR) 3084.6 (b)(14). You have not submitted your appeal on the departmentally approved forms. Only attach documents that are relevant to your appeal. (see exhibit # 47 attached).

page 10

59. Plaintiff answered the CDCR form 695 on 10/08/15, stated "You are wrong because my appeal was submitted in the approved appeal 602 from, If you want another form, you have to wait your name for violated due process and equal protection of XIV Const. Amend. (see exhibit # 47 attached).

60. On 12/1/15, Plaintiff submitted a cdcr 22 request to (AC) stated "On October 8, 2015 I submitted a appeal to AC Log # RJD-C-15-01449 after AC rejected. I have been waiting 53 days your response but I still do not get the CDCR 602 form or any response, I am asking whether the appeal was received and requesting a report on its current status. Thank you (see exhibit # 48 attached).

61. (AC) answered on 12/16/15 stated "Appeal was last screened out 11/23/15 with instructions (sse exhibit # 48 attached).

62. On 12/20/15, Plaintiff submitted the CDCR 22 request for Supervisor review stated "I am disagree with B. Self CCII (AC) response, because I still do not receive my appeal CDCR 602 form. This is not the first time this happened, I have other appeal CDC 602 intercepted in the past in RJDCF, I will wait your answere with the purpose to take legal action in this matter. Thank you. (see exhibit # 48 attached).

63. (AC) answered on 2/24/16 stated "RJD Appeals office last screened out your appeal on 11/23/15 and has no record of receiving it after 11/23/15 as today; date (see exhibit # 48 attached)

64. On 01/05/16 Plaintiff received the appeal RJD-C-15-01449 rejected 11/23/15, that delivered was 43 days late after (AC) rejected, it made to Plaintiff lost the 30 days to submit again the appeal RJD-C-15-01449. (see exhibit # 23 & 24 attached)

65. (For Prisoner to file 602 form and then to refile the 602

page 11

1  the 602 form to a higher level is 30 days, Pursuant title 15-§

2  3084.8 (b)).

3   66. On 01/05/16, when Plaintiff received the appeal RJD-C-15-

4  01449 rejected for sixth time with 2 attached CDCR forms 695, it

5  was too late for resubmit it again. (see exhibits # 49 & 50

6  attached).

7   67. 5 months before, on 08/05/15, after Plaintiff resubmitted

8  the appeal RJD-C-15-01449, he was waiting over a months the Inmate

9  Appeal Assignment Notice or the appeal form 602 rejected.

10   68. Due the delay over a month of (AC) on 9/27/15, Plaintiff

11  submitted a new 602 appeal on the issue with the same date as the

12  original appeal but as a duplicate (It was screened Log # RJD-C-

13  15-02827.

14   69. On 9/27/15, after Plaintiff put the new appeal in the mail

15  bag, the facility Sgt. Called to Plaintiff to program office to

16  delivered the appeal RJD-C-15-01449.

17   70. The duplicate appeal RJD-C-15-02827 was rejected but on

18  10/03/16, Plaintiff resubmitted the duplicate appeal again. (see

19  exhibit #24 attached).

20   71. On 2/7/16, Plaintiff submitted a CDCR 22 to (AC), stated

21  "On 01/03/16 I submitted a CDCR 602 with corrective actions after

22  Appeals Coordinator rejected, the Log number is # RJD-C15-02827

23  I am asking whether the appeal was received and requesting a re-

24  port on its current status because I have been waiting 35 days the

25  Inmate Appeal Assignment Notice. (see exhibit # 13 attached).

26   72. On 3/1/16, (AC) answered the CDCR 22 stated "appeal Log #

27  15-2827 was screened out on 12/28/15 and routed back to you. (see

28  exhibit # 13, section B, attached)

page 12

1   73. After Plaintiff received the CDCR 22 form, he knew that the
2   appeal RJD-C-15-02827 was intercepted and disappearanced, Plainti-
3   ff took the decision to submit a second duplicate or third appeal
4   CDCR 602 with the same issue and date as the original and second.

5   74. On March 2016, Plaintiff submitted a third appeal CDCR 602
6   on the issue with the same date as the original appeal (It was
7   screened Log # RJD-C-16-01153 (see exhibits # 12, 13 section C, 14
8   15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 & 27 attached).

9   75. On 03/12/2016 the appeal RJD-C-16-01153 was cancelled but
10  screened out after April 27, 2016, (see exhibit # 12 attached).

11  76. On 17 May 2016, Plaintiff submitted a new appeal CDCR 602
12  challenging improper application of the cancellation rule, it was
13  screened Log # RJD-C-16-2133 (see exhibits # 1, 2, 3, 4, 5, 6, 7,
14  8, 9 & 10 attached).

15  77. Plaintiff stated in appeal RJD-C-16-01153: On 3/12/16 AC
16  cancelled my appeal Log # RJD-C-16-01153 pursuant title 15, Secti-
17  on (CCR) 3084.6(c)(4) stated incident accured on 4-6-15. Appeal
18  was received 11 months after. I contend, the cancellation was made
19  in error for the following information & exhibits attached. I sub-
20  mitted my appeal on 4/6/15 for first time (See CDCR 602 form & CDC
21  forms 695 Log # RJD-C-15-01449 attached) AC rejected the appeal 6
22  times with written statements refusing to process ("Moral Turpitu-
23  de" DOM §31140.6.2) & Dishonesty (DOM §33030.5.2.6) in "Screening
24  out" 602 (This unethical method is in the "Rejection Criteria" to
25  abstruct the 602 from ever being processed) also excessive & repe-
26  titive delays that made me submitted a duplicate 602 appeal on the
27  issue on 9/27/15 that was screened Log # RJD-C-15-02827 that was
28  rejected only 1 time before lost. My original appeal was delivered

on 1/5/16, 43 days late, it made me lost the 30 days to submit
again. On 2/7/16 I submitted a 22 form asked whether the duplicate
602 was received (See attached) but AC claim to returned 602 to
me on 12/28/15 but I never received the 602 so AC refused to ans-
wer my duplicate 602 (Violation of DOM §33030.6.2) also I suffer
punitive & harassing searches (CCR §3287(a)(2) to dissuade submi-
ttal of 602 & instigate (CCR §3004(b)) On 3/3/16 I submitted my
second duplicate 602 to replace because the first 602 was not
deliverated in a timely fashion by prison staff & the second 602
never was returned to me after I submitted for last time on 1/3/16
I am suffering Retaliation & Conspiracy in violation of my First
Amend. Right, due RJD official's conspiratorial practice that
consists of manifold reprisals & deliberate disregard for rules &
regulations which govern their duty to receive, process & answer
my grievance in compliance with (CCR) Title 15, Division 3, Chap-
ter 1, Article 3 & DOM Chapter 5, Article 3 (Subsection 54100.2)

78. Plaintiff requested: I request a thorough & appropriate
investigation to ascertain necessary facts to correct this unlaw-
ful problem & provide for resolution for my grievance of the acted
of CO Gusman brutality, claim for the tort of battery. I request
RJD officials stop to join together to harass (CCR §3000) & reta-
liate (CCR §3084.1(d) against to me with a combination of the
aforementioned. I pursuant to I, IV, VI, VIII & XIV Const. Amends.
(see exhibits # 3 & 5 attached).

79. On June 1, 2016, the appeal RJD-C-16-21-33 was rejected
(see exhibit # 3 attached) with a CDCR form 695 dated Wednesday,
June 01, 2016, stated "R7:Attach appeal log# 16-1153, to include
all 695 Rejection/Cancellation notices.Re-submit. (see exhibit

1 | # 9 attached).

2    80. Plaintiff answered " I do not get if AC do not get or is

3 playing games, because AC requested attach appeal Log# 16-1153 so

4 I already attached on 17 May 2016 Appeals Log # 16-1153 & # 15-14

5 49, but you returned to me with your moral turpitude in violation

6 of DOM §31140.6.2 Now I am submitted again the appeal with the

7 attached specify that those appeal attached are exhibit that you

8 are requested. See cover page (See exhibit # 9 attached).

9    81. On July 25, 2016, Second Level Appeal Response; Log # RJD-C-

10 16-2133 Denied the appeal CDCR 602 (see exhibit # 7 & 8 attached).

11    82. On 14 August 2016, Plaintiff submitted the appeal Log # RJD-

12 C-16-2133  to Chief, Inmate Appeals Branch (Third Level). (see

13 exhibit # 4 & 6 attached).

14    83. On September 8, 2016, the appeal RJD-C-16-2133 was rejected

15 (see exhibit # 4 attached) with a letter for instruction dated

16 September 8, 2016. stated "· CDC Form 695, Inmate/Parolee Appeals

17 Screening Form 06/21/2016 "1153" (see exhibit # 10 attached).

18    84. Plaintiff answered on September 22, 2016, "The Log Number:

19 RJD-C-16-01153 was screening out for last time on Wednesday, April

20 27, 2016, Cancelled- 03/12/2016 (see exhibit CDC Form 695 attached

21 ). On 17 May 2016 I submitted a new Appeal challenging improper

22 application rule. Log Number: RJD-C-16-2133 with the Appeals Log

23 NUmbers: RJD-C-16-01153 & RJD-C-15-01449 attached as exhibits. Now

24 M. Voong, Chief is requesting a CDC Form 695, Inmate/Parolee Appe-

25 als Screening Form 06/21/2016 "1153". It does make no sense becau-

26 se if the "1153" was cancelled on 03/12/2016 and attached as exhi-

27 bits on 5/17/16 with the new Appeal challenging the cancellation,

28 how can exist a CDC Form 695 Screening form dated 06/21/16, this

1  is a months and four days later.

2      85. On November 03, 2016, Third Level Appeal Decision "DENIED"

3  TLR case No.: 1602009, local Log No.: RJD-16-02133 (see exhibits

4  1 & 2 attached).

5

6                        CAUSES OF ACTION

7                    COUNT 1 CAUSE OF ACTION

8        (42 U.S.C. § 1983, 8th Amendment to U.S. Constitution)

9                   (Plaintiff v. Defendant Gusman)

10

11      86. The allegations contained in paragraphs 1 through 85, inclu-

12  sive, are hereby incorporated by reference.

13      87. Defendant Gusman violated Plaintiff's right to be free from

14  cruel and unusual punishment guaranteed to the Plaintiff by the

15  Eighth Amendment of the United States Constitution by his action

16  of battery and other violations of law against Plaintiff.

17      88. Defendant Gusman violated Plaintiff's right to be free from

18  cruel and unusual punishment guaranteed to the Plaintiff by the

19  Eight Amendment of the United States Constitution by his failure

20  to respond reasonably.

21      89. Defendant's wrongful actions alleged herein are in violation

22  of 42 U.S.C. § 1983 because he has deprived Plaintiff of rights,

23  benefits, and privileges secured by the United States Constitution

24      90. Defendant Gusman acted under color of State Law.

25      91. Defendant Gusman knew that his conduct, attitudes and acti-

26  ons created an unreasonable risk of serious harm to Plaintiff.

27      92. The actions and conduct of Defendant Gusman demostrate deli-

28  berate indifference to Plaintiff's Eighth Amendment Rights.

                            page 16

93. As a proximate result of the Defendant's violation of Plaintiff's right to be free from cruel and unusual punishment while he was at Richard J. Donovan, Plaintiff has suffered, is suffering and will continue to suffer irreparable harm.

94. As a direct and foreseeable result of the Defendant's violation of the Eighth Amendment, Plaintiff has suffered, is suffering and will continue suffer physical injuries in the form of damage to his right hand, loss of mobility, problems with the nerves and other injuries.

95. As a direct and foreseeable result of the Defendant's violations of the Eighth Amendment, Plaintiff has suffered, is suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional distress, embarrassment, mental distress and other injuries.

96. An actual controversy exists between Plaintiff and Defendant concerning their rights, privileges, and obligations.

97. Defendant Gusman's acts were willful, intentional, malicious, wanton, and despicable in conscious disregard of Plaintiff's rights, entitling Plaintiff to an award of exemplary damages.

## SECOND CAUSE OF ACTION

(42 U.S.C. § 1983, 8th Amendment to U.S. Constitution)

(Plaintiff v. Defendant Rodrin)

98. The allegations contained in paragraphs 1 through 97, inclusive, are hereby incorporated by reference.

99. Defendant Rodrin violated Plaintiff's right to be free from cruel and unusual punishment guaranteed to the Plaintiff by the

Eighth Amendment of the United States Constitution by his failure to provide immediately health care services to Plaintiff.

100. Defendant's wrongful actions alleged herein are in violation of 42 U.S.C. § 1983 because he has deprived Plaintiff of rights benefits, and privileges secured by the United States Constitution

101. Defendant Rodrin acted under color of State Law.

102. Defendant Rodrin knew that his conduct, attitudes and actions created an unreasonable risk of serious harm to Plaintiff.

103. The actions and conduct of Defendant Rodrin demostrate deliberate indifference to Plaintiff's Eighth Amendment Rights.

104. As a proximate result of the Defendant's violation of Plaintiff's right to be free from cruel and unusual punishment while he was at Richard J. Donovan, Plaintiff has suffered, is suffering and will continue to suffer irreparable harm.

105. As a direct and foreseeable result of the Defendant's violations of the Eighth Amendment, Plaintiff has suffered, is suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional distress, embarrassment, mental distress and other injuries.

106. An actual controversy exists between Plaintiff and Defendant concerning their rights, privileges, and obligations.

107. Defendant Rodrin's acts were willful, intentional, malicious, wanton, and despicable in conscious disregard of Plaintiff's rights, entitling Plaintiff to an award of exemplary damages.

Dated: 1/9/17

Respectfully Submitted

Leandro Leonel Gonzalez

In Propia Persona

page 18

# EXHIBIT

## COVER PAGE



STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

# THIRD LEVEL APPEAL DECISION

Date:     NOV 0 3 2016

In re:    Leandro Gonzalez, V74928
          Salinas Valley State Prison
          P.O. Box 1020
          Soledad, CA  93960-1020

TLR Case No.: 1602009          Local Log No.: RJD-16-02133

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Knight, Captain.  All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's contention that his appeal log number RJD-C-16-1153 was erroneously cancelled. The appellant contends the cancellation was made in error as his appeal was rejected six times with written statements refusing to process his appeal. The appellant asserts the rejection criteria was excessive and cause repetitive delays which made the appellant submit a duplicate appeal on this issue. On September 27, 2015. The appellant asserts his duplicate appeal was not responded to and that he has suffered punitive searches to dissuade the submittal of CDC Form 602, Inmate/Parolee Appeal Form. The appellant alleges that R.J. Donovan Correctional Facility (RJD) Officials are practicing conspiratorial acts that consist of manifold reprisals and deliberate disregard for rules and regulations which govern their duty to receive, process, and answer his grievances in compliance with the California Code of Regulations, Title 15, (CCR) and the CDCR Operations Manual, Section. The appellant requests for a thorough and appropriate investigation to ascertain necessary facts to correct this unlawful problem; for resolution of his cancelled appeal; and for RJD staff to stop harassing and retaliating against him.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) noted that this appeal response will only address the cancellation decision on the previous appeal, and not the merits of that appeal. The appellant is appealing the cancellation of a previous appeal, log number RJD-C-16-1153. On March 12, 2016, a CDC Form 695 was issued to the appellant indicating that the appeal was cancelled pursuant to CCR 3084.8(b)(1), appeal time limits. After review of the multiple attached appeals, the appellant's original appeal issue began with appeal log number RJD-C-15-1449. Appeal log number RJD-C-15-1149 was last rejected on November 23, 2015, and eventually cancelled on June 02, 2016. Instead of making the noted corrections to appeal log number RJD-C-15-1449, the appellant submitted appeal log number RJD-C-16-1153 on March 07, 2016, with the same appeal issue. Appeal log number RJD-C-16-1153 was cancelled on March 12, 2016, for an appeal issue over 30 days. The issue raised by the appellant was over 11 months old. The appellant then submitted appeal log number RJD-C-16-2133, appealing the cancellation of appeal log number RJD-C-16-1153.

After further research, appeal log number RJD-C-16-1153 was cancelled incorrectly for time constraints, due to the fact that appeal log number RJD-C-16-1153 was in fact a re-write of appeal log number RJD-C-15-1449 and therefore, the appeal issue was not over 11 months old as stated in the CDC 695 rejection notice dated April 27, 2016. Appeal log number RJD-C-16-1153 may have been incorrectly cancelled for an appeal issue over 30 days. However, the appellant submitted a re-write of appeal log number RJD-C-16-1153 on March 07, 2016. This was 105 days after appeal log number RJD-C-15-1449 was last rejected. Therefore, appeal log number RJD-C-16-1153 should have been cancelled for failure to submit a rejected appeal within 30 days. In deciding this appeal issue, all available documentation and applicable sections of the CCR have been reviewed and considered. Due to the appellant submitting multiple appeals for the same issue, the appellant's appeal was issued two separate log numbers and was eventually cancelled. The appellant's contention that appeal log number RJD-C-16-1153 was incorrectly cancelled due to appeal issue being over 30 days does have merit as appeal log number RJD-C-16-1153 was a re-write of 15-1449. However, the re-write was submitted 105 days after appeal log number RJD-C-15-1449 was last rejected.

EXHIBIT #1

LEANDRO GONZALEZ, V74928
CASE NO. 1602009
PAGE 2

The SLR found the appellant did not submit the re-write of the rejected appeal log number RJD-C-15-1449 within the prescribed 30 day time limit although he had the opportunity to submit within that time limit. Therefore, the above referenced cancellation of appeal log number RJD-C-16-1153 was appropriate. Based upon the aforementioned, the appellant's request to grant the appeal and allow his original appeal to be resubmitted for processing was denied at the SLR.

**III   THIRD LEVEL DECISION:** Appeal is denied.

   **A.   FINDINGS:** The Third Level of Review (TLR) examined the issues of the appellant's appeal and reaffirms the institution's examination and conclusions as addressed within the SLR. The appellant has failed to present evidence that the RJD staff acted in violation of any laws, policies, or procedures. The CCR 3084.6(c)(4), states, "An appeal may be cancelled for any of the following reasons, which include, but are not limited to: Time limits for submitting the appeal are exceeded even though the inmate or parolee had the opportunity to submit within the prescribed time constraints." The CCR 3084.8(b)(1), states in part, "An inmate or parolee must submit the appeal within 30 calendar days of: The occurrence of the event or decision being appealed."

   The TLR concluded that pursuant to the CCR 3084.6(a)(c), RJD is in compliance with the rules and regulations established by the CDCR. The appellant's cancelled appeal was reviewed and it is clear that the appellant had 30 calendar days to follow directions on a CDC 695 and the submitted appeal that was cancelled was a re-write of appeal log number RJD-15-1449. The re-write was submitted 105 days after appeal log number RJD-C-15-1449 was last rejected. The TLR notes the action taken by the institution was appropriate. Relief at the TLR is not warranted.

   The appellant has added new issues and requests to his appeal. The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

   **B.   BASIS FOR THE DECISION:**
   CCR: 3000, 3000.5, 3001, 3002, 3004, 3005, 3022, 3084, 3084.1, 3084.2, 3084.3, 3084.5, 3084.6, 3084.7, 3084.8, 3084.9, 3086, 3270, 3271, 3380

   **C.   ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


J. KNIGHT, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, SVSP
       Appeals Coordinator, SVSP
       Appeals Coordinator, RJD

EXHIBIT #2

E OF CALIFORNIA
ATE/PAROLEE APPEAL
R 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1602009

V74928

IAB USE ONLY

| Institution/Parole Region: | Log #: | Category: 10 |
|---|---|---|
| RJD-C-16-2133 | | Legal |

FOR STAFF USE ONLY

may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material rse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of ulations, Title 15, (CCR) Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for er guidance with the appeal process.  No reprisals will be taken for using the appeal process.

ppeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| me (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| nzalez Leandro Leonel | V74928 | C14-102 | EOP |

ate briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

W APPEAL CHALLENGING IMPROPER APPLICATION OF THE CANCELLATION RULE.

**Explain your issue (If you need more space, use Section A of the CDCR 602-A):** On 3/12/16 AC cancelled
y appeal Log #RJD-C-16-01153 pursuant title 15, section (CCR) 3084.6(c)(4) stated inci-
ent occurred on 4-6-15. Appeal was received 11 months after.   I contend, the cancella-
ion was made in error for the following information & exhibits attached. I submitted my

**Action requested (If you need more space, use Section B of the CDCR 602-A):** I request a thorough &
ppropriate investigation to ascertain necessary facts to correct this unlawful problem
provide for resolution for my grievance of the acted of CO Gusman brutality, claim for
he tort of battery. I request RJD officials stop to join together to harass (CCR §3000)

pporting Documents: Refer to CCR  3084.3.

Yes, I have attached supporting documents.

st supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
DCR 602 & CDC forms 695 with exhibits Log # RJD-C-15-01449  also 22 form dated 12/1/15
DCR 602 & CDC forms 695 with exhibits Log # RJD-C-16-01153.

No, I have not attached any supporting documents. Reason : _____

_____

mate/Parolee Signature: _____     Date Submitted: 17 May 2016

By placing my initials in this box, I waive my right to receive an interview.

*Handwritten stamps on right side:*
Received
S/O R7-ATTACH
MAY 19 2016
Cancelled appeal
RJDCF Appeals
Log # 16-1153 to
include all 695,
rejection/cancellation
notice
(10 legal / PCA

Received
JUN 10 2016
(10) legal POA
RJDCF Appeals

RECEIVED
JUN 17 2016
MALE APPEALS BRANCH

RECEIVED
SEP 30 2016
MALE APPEALS BRANCH

---

**First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

is appeal has been:

Bypassed at the First Level of Review. Go to Section E   JUN 01 2016   Date: _____

Rejected (See attached letter for instruction)  Date: _____   Date: _____

Cancelled (See attached letter)  Date: _____

Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

rst Level Responder:  Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

ur appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

terviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

viewer: _____ (Print Name)   Title: _____   Signature: _____

*stamp: BYPASS*

ne received by AC: _____

| AC Use Only | |
|---|---|
| Date mailed/delivered to appellant | ___ / ___ / ___ |

EXHIBIT #3

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: | 12 |
|---|---|---|---|---|---|
| 1602009 | | RJD-C-16-2133 | | legal | |
| | | | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gonzalez Leandro Leonel | V74928 | C14-102 | EOP |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** appeal on 4/6/15 for first time (See CDCR 602 form & CDC forms 695 Log # RJD-C-15-01449 attached) AC rejected the appeal 6 times with written statements refusing to process ("Moral Turpitude" DOM §31140.6.2) & Dishonesty (DOM §33030.5.2.6) in "Screening out" 602 (This unethical method is in the "Rejection Criteria" to abstract the 602 from ever being processed) also excessive & repetitive delays that made me submitted a duplicate 602 appeal on the issue on 9/27/15 that was screened Log # RJD-C-15-02827 that was rejected only 1 time before lost. My original appeal was delivered on 1/5/16, 43 days late, it made me lost the 30 days to submit again. On 2/7/16 I submitted a 22 form asked whether the duplicate 602 was received (See attached) but AC claim to returned 602 to me on 12/28/15 but I never received the 602 so AC refused to answer my duplicate 602 (Violation of DOM §33030.6.2) also I suffer punitive & harassing searches (CCR §3287(a)(2) to dissuade submittal of 602 & instigate (CCR §3004(b)) On 3/3/16 I submitted my second duplicate 602 to replace because the first 602 was not deliverated in a timely fashion by prison staff & the second 602 never was returned to me after I submitted for last time on 1/3/16. I am suffering Retaliation & Conspiracy in violation of my First Amend. Rights, due RJD official's conspiratorial practice that consists of manifold reprisals & deliberate disregard for rules & regulations which govern their duty to receive, process & answer my grievance in compliance with (CCR) Title 15, Division 3, Chapter 1, Article 3 & DOM Chapter 5, Article 3 (Subsection 54100.2)

Inmate/Parolee Signature: _____    Date Submitted: 17 May 2016

**B.  Continuation of CDCR 602, Section B only (Action requested):** & retaliate (CCR §3084.1(d)) against to me with a combination of the aforementioned.

I pursuant to I, IV, VI, VIII & XIV Const. Amends.

Inmate/Parolee Signature: _____    Date Submitted: 1 May 2016

INMATE APPEALS BRANCH MAIL
AUG 10 2016
RECEIVED

RECEIVED
SEP 30 2016
INMATE APPEALS BRANCH

EXHIBIT #5

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   July 25, 2016

To:     GONZALEZ, L., V74928
        FA-04-107L
        Salinas Valley State Prison

Subject:   **SECOND LEVEL APPEAL RESPONSE; LOG NO.: RJD-C-16-2133**

    **APPEAL ISSUE:** This appeal concerns the cancellation of a submitted appeal dated April 06, 2015, Log No. RJD-C-16-1153, and received by the Richard J. Donovan Correctional Facility (RJDCF) Inmate Appeals Office (IAO) on March 07, 2016.

    **INTERVIEW:**      The appellant was interviewed telephonically on July 25, 2016, by R. Olivarria, Correctional Counselor II, Appeals Coordinator. Appellant was given an opportunity to explain and clarify his appeal issue.

    **REGULATIONS:**      The rules governing this issue are:

                CCR, Article 8        Appeals

                CCR, 3084.6(c)(4)    Cancellation Criteria

                CCR 3084.8(b)(1)     Appeal Time Limits

A review of education records and the Disability and Effective Communication System (DECS) revealed that the appellant has a Test of Adult Basic Education (TABE) level of 8.0, and does not require any special accommodation to achieve effective communication. Appellant is currently a participant in the Mental Health Services Delivery System (MHSDS) at the Enhanced Outpatient Program (EOP) level of care. Effective communication during the interview was achieved by using simple English, speaking slowly, reading to the appellant, and having him repeat back, in his own words, his understanding of the information communicated.

**APPEAL DISCUSSION:** This appeal will only address the cancellation decision on the previous appeal, and not the merits of that appeal.

Appellant is appealing the cancellation of a previous appeal, Log No. RJD-C-16-1153. On March 12, 2016, a CDC Form 695 was issued to the appellant indicating that the appeal was cancelled per CCR 3084.8(b)(1), Appeal time limits. After review of the multiple attached appeals, appellant's original appeal issue began with appeal Log# RJD-C-15-1449. Appeal Log# RJD-C-15-1149 was last rejected on November 23, 2015 and eventually cancelled on June 02, 2016. Instead of making the noted corrections to appeal

EXHIBIT #7

Gonzalez, L., V74928
Log No. RJD-C-16-2133
Page 2 of 2

Log#. RJD-C-15-1449, appellant submitted appeal Log# RJD-C-16-1153 on March 07, 2016, with the same appeal issue. Appeal Log# RJD-C-16-1153 was cancelled on March 12, 2016, for an appeal issue over 30 days. The issue raised by the appellant was over 11 months old. The appellant then submitted appeal Log No. RJD-C-16-2133, appealing the cancellation of appeal Log No. RJD-C-16-1153.

After further research, appeal Log No. RJD-C-16-1153 was cancelled incorrectly for time constraints, due to the fact that appeal Log No. RJD-C-16-1153 was in fact a re-write of appeal Log No. RJD-C-15-1449 and therefore, the appeal issue was not over 11 months old as stated in 695 rejection notice dated April 27, 2016.

Appeal Log No. RJD-C-16-1153 may have been incorrectly cancelled for an appeal issue over 30 days. However, the appellant submitted re-write appeal Log No. RJD-C-16-1153 on March 07, 2016. This was 105 days after appeal Log No. RJD-C-15-1449 was last rejected. Therefore, appeal Log No. RJD-C-16-1153 should have been cancelled for failure to submit a rejected appeal within 30 days.

In deciding this appeal issue, all available documentation and applicable sections of the CCR have been reviewed and considered. Due to the appellant submitting multiple appeals for the same issue, appellant's appeal was issued 2 separate log numbers and was eventually cancelled. Appellant's contention that appeal Log No. RJD-C-16-1153 was incorrectly cancelled due to appeal issue being over 30 days does have merit as appeal Log No. RJD-C-16-1153 was a re-write of 15-1449. However, the re-write was submitted 105 days after appeal Log No. RJD-C-15-1449 was last rejected.

CCR 3084.8(b)(1) provides that an appeal may be cancelled when the time limits for submitting the appeal are exceeded even though the inmate had the opportunity to submit within the prescribed time constraints. Appellant did not submit the re-write of rejected appeal Log No. RJD-C-15-1449 within the prescribed 30 day time limit although he had the opportunity to submit within that time limit. Therefore, the above referenced cancellation of appeal Log No. RJD-C-16-1153 was *appropriate.*

**APPEAL DECISION:** Based upon the aforementioned, the appellant's request to grant the appeal and allow his original appeal to be resubmitted for processing is *DENIED* at the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G. STRATTON

Chief Deputy Warden
Richard J. Donovan Correctional Facility

EXHIBIT #8

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, June 01, 2016*

*GONZALEZ, V74928*
*C 014 1102001UP*

LEGAL, Processing of Appeals, 05/18/2016
Log Number: RJD-C-16-02133
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3. All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor). Your appeal is missing:*

*R7: Attach appeal log# 16-1153, to include all 695 Rejection/Cancellation notices. Re-submit.*


R. Olivarria, CCII
B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
I do not get if AC do not get or is playing games, because AC requested attach appeal Log# 16-1153

so I already attached on 17 May 2016 Appeals Log # 16-1153 & #15-1449, but you returned to me with

your moral turpitude in violation of DOM §31140.6.2 Now I am submitted again the appeal with the

attached specify that those appeal attached are exhibit that you are requested. See cover page

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE-THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #9

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

September 8, 2016

GONZALEZ, LEANDRO, V74928
Salinas Valley State Prison
P.O. Box 1020                    **MAILED**
Soledad, CA 93960-1020
                                 SEP 1 5 2016

RE: TLR# 1602009    RJD-16-02133    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

- CDC Form 695, Inmate/Parolee Appeals Screening Form 06/21/2016 "1153"

M. VOONG, Chief
Office of Appeals

The Log Number: RJD-C-16-01153 was screening out for last time on Wednesday, April 27, 2016, Cancelled- 03/12/2016 (see exhibit CDC Form 695 attached).

On 17 May 2016 I submitted a new Appeal challenging improper application rule. Log Number: RJD-C-16-2133 with the Appeals Log Numbers: RJD-C-16-01153 & RJD-C-15-01449 attached as exhibits.

Now M. Voong, Chief is requesting a CDC Form 695, Inmate/Parolee Appeals Screening Form 06/21/2016 "1153".

It does make no sense because if the "1153" was cancelled on 03/12/2016 and attached as exhibits on 5/17/16 with the new Appeal challenging the cancellation, how can exist a CDC Form 695 Screening form dated 06/21/16, this is a months and four days later.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

September 22, 2016

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

EXHIBIT #10    # 10

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, April 27, 2016      Cancelled – 03/12/2016*

*GONZALEZ, V74928*
*C 014 1102001UP*

STAFF COMPLAINTS, Other, 03/07/2016
Log Number: RJD-C-16-01153
(Note: **Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.**)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.*

*Incident occurred on 4-6-15. Appeal was received 11 months after. The Hiring Authority reviewed this appeal and determined that it did not meet the requirement for assignment as a staff complaint and was referred for routine appeal processing.*

☐   R. Olivarria, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE: THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #12

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Gonzalez Leandro | V74928 | |
| **HOUSING/BED NUMBER:** C14-102 | **ASSIGNMENT:** EOP | **HOURS FROM____ TO____** | **TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):** Delayed or lost Appeal |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: To: R. Olivarria, CCII & B. Self, CCII (AC)

On 01/03/16 I submitted a CDCR 602 with corrective actions after Appeals Coordinator rejected, the Log number is # RJD-C15-02827

I am asking whether the appeal was received and requesting a report on its current status because I have been waiting 35 days the Inmate Appeal Assignment Notice.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL: ADDRESSED TO: Appeals Coordinator R. Olivarria CCII & B. Self CCII     DATE MAILED: 07 / Feb. 16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: J. Garcia | DATE: 2/7/16 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) (YES) NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: R. Olivarria CCII | DATE: 3/11/16 | SIGNATURE: | DATE RETURNED: 3/11/16 |
|---|---|---|---|

appeal log # 15-2827 was screened out on 12/28/15 and routed back to you.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Due the aforementioned, I am submitted a new 602 Appeal on the issue with the same date as the original and duplicate Appeal lost in replace the lost Appeal, also I am requesting a receipt place in this instant CDCR form 22, please write the date and time the Appeal was received on section D and provide to me stating that the Appeal is being forwarded to the Appeals Coordinator. CDCR , Memorandum re: Secure Appeal Collection sites and Related Matters (Dec. 30. 2011) Thank you

| SIGNATURE: | DATE SUBMITTED: 3 March 2016 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

EXHIBIT #13

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | RJD-C-16-1153 | | 3/C |
| | AAR 3/25/16    FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.   See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Gonzalez Leandro Leonel | CDC Number: V74928 | Unit/Cell Number: C11-102 | Assignment: |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

Acted of CO Gusman brutality, claim for the tort of battery. "Staff Misconduct Appeal"

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** On 6 April 2015, the CO Gusman was working in the control of RJD/C-11. Approximate 7:20 am. He opened the door of my cell #201 about 5 inchs as the control did every morning, then I inserted my right hand with the purpose to pull the door to open as I did in the past days, because the

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I am requesting, this instant Appeal dated 6 April 2015 be accepted as a Staff Misconduct Appeal.

I am requesting to refer the case to CDCR Office of Internal Affairs (OIA).

I am requesting the Institution Officials conduct a confidential inquiry on their own

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
4 CDC 7362 dated 4/6/15, 4/6/15, 5/15/15 & 9/27/15.
2 Declarations of my witnesses dated 5/5/15 & 5/8/15.

☐ No, I have not attached any supporting documents.  Reason :

Inmate/Parolee Signature: _____   Date Submitted: 6 April 2015

☐ **By placing my initials in this box, I waive my right to receive an interview.**

*(Right margin stamps:)*
Received
RJD Appeals
NOV 07 2016

Received
S/0 #1
MAY 19 2016
RJD CF Appeals

RECEIVED
INMATE APPEALS BRANCH

**C. First Level - Staff Use Only**                 Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section
☒ Rejected (See attached letter for instruction)  Date: JUN 02 2016   Date: _____   Date: _____   Date: _____
☒ Cancelled (See attached letter)  Date: MAR 17 2016
☐ Accepted at the First Level of Review.
   Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: _____   Interview Location: _____
Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
   See attached letter.  If dissatisfied with First Level response, complete Section D.
Interviewer: _____   Title: _____   Signature: _____   Date completed: _____
   (Print Name)
Reviewer: _____   Title: _____   Signature: _____
   (Print Name)
Date received by AC: _____

*(Stamp at right:)* RECEIVED  SEP 30 2016  APPEALS RJD

Exhibit #14

| AC Use Only |
|---|
| Date mailed/delivered to appellant _____ / _____ / _____ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | RJD-C-16-1153 | | S/C |
| | | AAR 3/25/16 | **FOR STAFF USE ONLY** | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.            WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gonzalez Leandro Leonel | V74928 | C11-201 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** door do not work good (I had to pull the door to opened) but on 6 April 2015, CO Gusman premeditated and intentional opened little the door, I though that was time to walk to the kitchen, I inserted my right hand to pull it but when He saw the fingers of my hand out the little space of the door trying to open the door, He willful, intentional, malicious and wanton close the door clinching my right hand, then I vociferated to Him "OPEN THE DOOR", "OPEN THE DOOR"... until He opened the door. I seen my fingers with deep cuts bleeding, I showed to my cell-mate Inmate Juan Rocha. On 6 April 2015 no Inmate walked to the kitchen, approximate 8:30 am. CO Gusman opened all doors because the food was in the dayroom, when I got out of the cell I explained what happened to CO Rodrin because He was working in the building's floor, I requested to Him immediately Health Care Services showed to Him my fingers bleeding but He did not care and refused.

(Note: After a little while of 7:20 am. I seen in direction to the control, then CO Gusman saw to me, then He walked from His control to the windows to made to me a sing that He did to made to me fell in a set-up.)

CO Gusman violated my right to be free from cruel and unusual punishment guaranted by the Eighth Amendment as well as He violated (15 CCR § 3084(g).)

Inmate/Parolee Signature: _____    Date Submitted:
6 April 2015

**B. Continuation of CDCR 602, Section B only (Action requested):** (15 CCR § 3084.9 (i)(3).) If the confidential inquire is done I request be interviewed as will my two witnesses, Inmates Juan Rocha #V52467 and Efren Silva #G42829.
I am requesting CDCR Staff in facility "C" of (RJD) to stop it their campaign of harassment.
FEDERAL CIVIL RIGHT ACTION, U.S. CONST. AMENDS. I, V, VIII & XIV. Available Remedies under § 1983. Monetary relief, including nominal, compensatory and punitive damages in order to recover Mental, Emotional and Physical injuries because I suffered, I am suffering and will continue to suffer physical injuries in the form of damages on the fingers of my right hand and mental and emotional injuries in the form of shame, humiliation, degradation, emotional distress, embarrassment, mental distress, depression and anxiety.

Inmate/Parolee Signature: _____    Date Submitted:    6 April 2015

RECEIVED AUG 17 2016 INMATE APPEALS BRANCH

RECEIVED SEP 30 2016 INMATE APPEALS BRANCH

EXHIBIT #16

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Gonzalez Leandro Leonel | | 6 April 2015 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Gonzalez Leandro Leonel | | V74928 | 6 April 2015 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

EXHIBIT #18

RECEIVED APR 0 7 2015

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04) **HEALTH CARE SERVICES REQUEST FORM**   DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☒      DENTAL ☐      MEDICATION REFILL ☐

NAME: Gonzalez, Leandro

CDC NUMBER: V74928

HOUSING: C77-201

PATIENT SIGNATURE:

DATE: 04/06/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I feel shame, humiliation and mental distress because about 7:20 am, officer Gusman working in the control clinch my right hand intentional cutting power of my fingers after that he insinuate that he put me a trap.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 4-7-15  0800 | Received by: O. Calderon, RN |
|---|---|
| Date / Time Reviewed by RN: 4-7-15  0805 | Reviewed by: O Calderon |

S:                     Pain Scale:  1  2  3  4  5  6  7  8  9  10

— Inmate forwarded back w/ Dr. Sweeland (RG), as he had an appt w/ I/D today for PC Initial + IMH Initial (Per MH). Per Dr. Sweeland c/p not in crisis. No S/I/H. Dr. Sweeland will PU again w/ I.P.

O:   T:        P:        R:        BP:           WEIGHT:

A:

P:                                          I'll see on 4/7/15 1230 date.

☐ See Nursing Encounter Form           ⊗ Please see

E:                     ⊗ dated on this date.              Sweeland PhD

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☒ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: Sweeland |
| COMPLETED BY  Sweeland  PhD | | NAME OF INSTITUTION  RJD |

| PRINT / STAMP NAME  Sweeland PhD | SIGNATURE / TITLE  Sweeland PhD | DATE/TIME COMPLETED  4/7/15  8:00 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EXHIBIT #19




1000442

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

### HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME *Gonzalez Leandro*    CDC NUMBER *U74978*    HOUSING *CII-201*

PATIENT SIGNATURE *Glez*    DATE *04/06/15*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *about 7:20 am the officer Gisman working in the control of the building clinch my right hand intentional cutting part of my finger, I cannot move my hand, my nerves received damages and my arm's bones are in pain, I told officer Rodevin a couple times, I have a emergency but he does not care.*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: *4-7-15  0800*    Received by: *P. Calderon, RN*

Date / Time Reviewed by RN: *4-7-15  0805*    Reviewed by: *P. Calderon, RN*

S: *32 y/o male c/o injury to (R)* Pain Scale:  1  2  3  4  5  6  7  8  9  10

*hand.*

*Allergies NKDA   (R) hand.   P 2 days.*

*non disabled states compliant   A (R) hand.*

*med hx HTS, constipation   17110.*

*has current orders   N nothing.*

*last meal lunch.   for Naproxen!*

O:  T: *98*  P: *58*  R: *16*  BP: *116/71*  WEIGHT: *172*  *5'9"*

*A&O x 3 CSOB ambulating, steady gait + assistive devices. States cell door got closed on his hand then stated cell door was stuck and he pulled it and closed it on his hand. +swelling, +ROM. +tenderness. Altered comfort r/t (R) hand pain c/d BP +Advising him to take 228*

P: *Flu c PCP as scheduled, con't c Naproxen & dry...*

☐ See Nursing Encounter Form   *as ordered* ☒ Adult Dentist. Education. *Nurse registry review. Risk level D medium 89/89. Monitoring pulse meters appears and ...*

E: *Flu c PCP as scheduled, seek med attn if condition changes or worsens. NAD.*

*1. Disability Code:*
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP

*2. Accommodation:*
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other

*3. Effective Communication:*
☒ Pt asked questions
☐ Pt summed information
*Please check*
*See chrono/notes*

*4. Comments:*

APPOINTMENT SCHEDULED AS:   EMERGENCY ☐ (IMMEDIATELY)   URGENT ☐ (WITHIN 24 HOURS)   ROUTINE ☒ (WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP: *NO*    DATE OF APPOINTMENT *as scheduled.*

COMPLETED BY    NAME OF INSTITUTION *RJD*

PRINT / STAMP NAME *Calderon RN*    SIGNATURE / TITLE *P. Calderon RN*    DATE/TIME COMPLETED *4-7-15  1140*

CDC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EXHIBIT #20

RECEIVED MAY 18 2015

2032678

STATE OF CALIFORNIA
CDC 7362 (Rev. 05/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

NAME Gonzalez, leandro   CDC NUMBER V74978   HOUSING C11-201

PATIENT SIGNATURE   DATE 5/15/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) on 4/6/15 I wrote you a CDCR 7362 but you did not call me, this is the second, next 602" well I Feel Shame, Humiliation and mental distress because officer Gusman physically assaulted to me also there is a campaign of harassment against to me. Thank you.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 5/16/15   0800   Received by:

Date / Time Reviewed by RN: MAY 16 2015 — 1520   Reviewed by: C. Liugio, RN

S:   Pain Scale: 1 2 3 4 5 6 7 8 9 10

O:   T:   P:   R:   BP:   WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐TABE score ≤ 4.0 | ☐Additional time | ☐P/I asked questions |
| ☐DPH ☐DPV ☐LD | ☐Equipment ☐SLI | ☐P/I summed information |
| ☐DPS ☐DNH | ☐Louder ☐Slower | * Please check one* |
| ☐DNS ☐DDP | ☐Basic ☐Transcribe | ☐Not reached* ☐Reached |
| ☐Not Applicable | ☐Other* | * See chrono/note * |

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE D Combajc RN | | DATE/TIME COMPLETED 5/21/15  8 am |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT #21



10*6280

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  Gonzalez Leandro

CDC NUMBER  V 74928

HOUSING  C-II-207

PATIENT SIGNATURE: *[signature]*

DATE  09/27/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) on 4/6/15 I submitted a CDCR 7362 with the issue that CO Gusman squeeze my right hand planned, I seen a nurse but she refuse to gave to me medical attention; About 5 months and 3 weeks already past but the bones of my hand are still in pain, as well as I submitted a CDCR 602, but (AC) rejected because they want medical supporting documents. thanks

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 9/28/15   0815 | Received by: ESTRADA |
|---|---|
| Date / Time Reviewed by RN: 9/28/15   0830 | Reviewed by: *[initials]* |

S:                                          Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 97⁴  P: 54  R: 14  BP: 101/68  WEIGHT: 184 lbs  5'9"  99%

A:

P:

☒ See Nursing Encounter Form

Musculoskeletal  NT

E:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☒ Additional time | ☒ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☒ SLI | ☒ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☒ Slower | *Please check one: |
| ☐ DNS ☐ DDP | ☒ Basic ☐ Transcribe | ☐ Not reached ☒ Reached |
| | ☐ Other   NCF | *See chrono/notes |

4. Comments  6x9

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☒ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP: Yes

DATE OF APPOINTMENT: as scheduled

COMPLETED BY

NAME OF INSTITUTION  RJDCF

| PRINT / STAMP NAME  M. ESTRADA RN | SIGNATURE / TITLE  M Est | DATE/TIME COMPLETED  9/29/15   1125 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT #22

Gonzalez Leandro #V74928
RJDCF/C14-102
480 Alta Road
San Diego, CA
92179

3 March 2016                    *Attachment*

R. Olivarria, CCII
B. Self, CCII
Appeals Coordinator
RJD

> Re: Explain that the CDCR 602 Appeal attached is a duplicate which is being
> submitted to replace my lost or delayed appeal because is not answered
> in a timely fashion by prison staff.

Although there are timelines for CDCR staff to respond to administrative
appeals, they are allowed to exceed the timelines in certain circumstances, such
as when witnesses are not available, the matter is complex, outside agencies
must be involved, or there is a state of emergency. anyway you must be given
written notice of the reason for the delay and the estimated completion date.
(15 CCR § 3084.8(d)-(e).) The problem is: I still do not get a written notice,
a Inmate Appeal Assignment Notice o the 602 Appeal rejected.

On 04/06/15 I submitted a 602 Appeal with the specific act of CO Gusman
Brutelity, a claim for the Tort of Battery. It was screened Log N. RJD-C-15-01449.
On 04/15/15 AC rejected.
I submitted again on 04/28/15.
On 05/20/15 AC rejected again.
I submitted again on 05/27/15.
On 06/17/15 AC rejected again.
I submitted again on 06/22/15.
On 07/22/15 AC rejected again.
I submitted again on 08/05/15.
I submitted a CDCR 22 request for interview on 09/13/15 because I did not
received the Inmate Appeal Assignment Notice or the 602 Appeal rejected.

I

EXHIBIT #23

On 09/27/15 I submitted a new 602 Appeal on the issue with the same date as the original Appeal but as a duplicate (It was screened Log N. RJD-C-15-02827) because I did not received the Inmate Appeal Assigment Notice or the 602 Appeal rejected.

On 09/27/15 after I put the new 602 Appeal in the mail bag, a SGT. Called to me to program office to gave to me the first 602 Appeal rejected by AC dated 09/12/15.

I submitted again the first 602 Appeal on 10/08/15.

AC rejected the duplicate but I submitted again.

On 01/03/16 I submitted for the last time the duplicate.

On 01/05/16 I received the first 602 Appeal rejected dated 11/23/15, that delivered was 43 days late after AC rejected, it made to me lost the 30 days to submit again the 602 Appeal.

"I have the first 602 Appeal"

The duplicate 602 Appeal was submitted 60 days ago, I still do not get the Inmate Appeal Assignment Notice or the duplicate 602 Appeal rejected.

Due the aforementioned I believe that RJD staff is doing the same that They did with my first 602 Appeal, They are made to me lost the 30 days to submit again the duplicate 602 Appeal after AC rejected.

If Appeals Coordinator refuse for third time to cooperate with this instant Staff Misconduct Appeal for the Tort of Battery by CO Gusman. I will get action by sending a copy of the 602 Appeal and documentation of all my efforts to get the Appeal processed to the chief of Inmate Appeal in Sacramento. As well as I will show that the prison authority has a pattern of failing to process Appeals properly to get a court order forcing officials to comply with the Appeal timelines. (See Craig v. Cambra (Del Norte Superior Court Feb. 27, 2002) Case Nos. HCPBOO-5150 and 5151, Writ of Habeas Corpus; In re Woodham (2002) 95 Cal.App.4th 438 [115 Cal.Rptr.2d 431].)

Attachment Respectfully submitted

Leandro Leonel Gonzalez

APPEALS COORDINATOR, CCII

RICHARD J. DONOVAN CORRECTIONAL FACILITY

| | | |
|---|---|---|
| Leandro Leonel Gonzalez | ) | |
| Plaintiff | ) | DECLARATION |
| | ) | |
| v. | ) | Efren Silva |
| | ) | CDCR G-42829 |
| Official Gusman | ) | |
| | ) | |
| Defendant | ) | |

I Efren Silva CDCR G-42829 Inmate in RJDCF Hereby declares:

At the middle of April 2015 I saw inmate Gonzalez running in the track of "C" yard here in RJDCF, Gonzalez was passing next to me suddenly the yard got down, we sit down and began to talk, I asked to him if He will do some physical activity to develop fitness using his arms, Gonzalez told me "not" because I have some injuries in my right hand and my fingers too, He showed to me deep cuts on His fingers and explained to me how the Officer Gusman clinch His right hand as weel as He told me that He can not do physical activity using his arms and hands because He felt damages on His right side.

At beginning of May I talked with Gonzalez again in the yard, He showed to me His right hand, the cuts on His finger were healing, then He told me if I can help Him with this declaration

I declare under penalty of perjury that the foregoing is true and correct executed at San Diego, California on 5/8/2015

1

EXHIBIT #26

Respectfully Submitted

_Edward Suhr_

EXHIBIT #27

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL
CDCR-602 (REV. 08/09)
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | RJD-C | 15-1499 | |
| | AAR 4/20/15 | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.   See California Code of Regulations, Title 15, (CCR) Section 3084.1.   You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal.   If additional space is needed, only one CDCR Form 602-A will be accepted.   Refer to CCR 3084 for further guidance with the appeal process.   No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Gonzalez Leandro | CDC Number: UT4928 | Unit/Cell Number: C4-201 | Assignment: ATA |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Cruel and Unusual Prison Conditions

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 4/6/15 about 7:20 am, the officer Susman working in the control of the building 11 in C yard of RJDCF, clinch my right hand with the door of my cell intentional

B. Action requested (If you need more space, use Section B of the CDCR 602-A): The CDCR staff to have to stop their actions of intimidation, abuse, harassment and other violations of law against to me

Supporting Documents: Refer to CCR 3084.3.

☒ Yes. I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): two CDC 7362, Form dated 4/5/15; the first to Medical, the second to Mental Health two Forms 22, one letter from Inspector General

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Leandro                    Date Submitted:

☐ By placing my initials in this box, I waive my right to receive an interview.

Received
APR 08 2015
RJDCF Appeals
S/O R7
① L/C - other

Received
APR 30 2015
RJDCF Appeals
S/O R7, M2
LK OFF

Received
MAY 29 2015
RJDCF Appeals
S/O R7

Received
MAY 19 2016
RJDCF Appeals
Cancelled C4
@ L/C / 01A

C. First Level - Staff Use Only                    Staff – Check One: Is CDCR 602-A Attached?   ☒ YES   ☐ NO

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E. APR 15 2015

☒ Rejected (See attached letter for instruction)   Date:          Date: MAY 20 2015   Date: JUN 17 2015   Date:

☐ Cancelled (See attached letter)   Date:

☐ Accepted at the First Level of Review.

Assigned to:                    Title:                    Date Assigned:                    Date Due:

First Level Responder:   Complete a First Level response.   Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview:                    Interview Location:

Your appeal issue is:   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer:                    Title:                    Signature:                    Date completed:
(Print Name)

Reviewer:                    Title:                    Signature:
(Print Name)

Date received by AC:

| AC Use Only |
|---|
| Date mailed/delivered to appellant         /       / |

EXHIBIT #28

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | RJD-C | 15-1449 | |
| | | AAR 4/20/15 | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gonzalez Leandro | U74928 | C11-201 | A11 |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** premeditated, cutting part of my fingers affecting the mobility of my right hand because my nerves received damages also the bones of my arm is in pain, the aforementioned is a clear violation of the Eighth Amendment by officer Gusman for his actions of intimidation, abuse and harassment violated my rights to be free from cruel and unusual punishment. I am suffering and will continue to suffer physical and mental injuries in the form of damages as a direct and foreseeable result of the violation of the Eighth Amendment, I suffered, I am suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional and mental distress; officer Gusman acts were willful, intentional and malicious also wanton. I explained what happened to officer Rodvin working in the building, I requested to him immediately Health care services also I showed to him my fingers bleeding but he do not care.

Inmate/Parolee Signature: _[signature]_      Date Submitted:
4/6/15

**B. Continuation of CDCR 602, Section B only (Action requested):** because this is not the first time, example about 7 months ago I wrote to the office of Inspector General to report other case of intimidation, abuse and harassment.
- Federal civil Rights Action
- State law Action
- monetary damages, compensatory and punitive for physical and mental injuries I pursuant U.S. Constitution Eighth Amendment also California Constitution, article I, § 17
- I need you interview my witness Rocha U52467 because he saw what happened

Inmate/Parolee Signature: _[signature]_      Date Submitted: 4/6/15

EXHIBIT #30

RECEIVED
Received
JUL 03 2015
RJDCF Appeals
sto R14

Received
AUG 11 2015
RJDCF Appeals
R1, 014

Received
OCT 05 2015
RJDCF Appeals
sto R1, 014

INMATE APPEALS BRANCH
RECEIVED

*Robert A. Barton, Inspector General*        *Office of the Inspector General*

April 17, 2015

Leandro Gonzales V74928
R. J. Donovan Correctional Facility
480 Alta Road
San Diego CA 92179

Dear Leandro Gonzales:

The Office of the Inspector General has received your correspondence.

We conducted a review of your concerns and determined no intervention is warranted by our office at this time. We focus our resources on issues where the greatest need for our assistance exists. We believe that in this way we can provide the greatest benefit to you and others who have been affected.

If you have not done so already, we encourage you to continue using available administrative grievance remedies. Please contact your correctional counselor for advice and assistance regarding questions about the process or the status of your appeal/grievance.

If your appeal has been cancelled, and you dispute the reasons for cancelling your appeal, you may file a new appeal disputing the appeal coordinator's reasons for cancelation, explaining why the cancelation was improper or why the appeal should have been processed anyway. You should attach the original appeal and the cancelation notice with any documentation supporting your claim that the appeal was improperly rejected, and submit the whole package to the appeals coordinator.

Please note our new mailing address is as follows:
Office of the Inspector General
10111 Old Placerville Road #110
Sacramento CA 95827

Thank you for bringing your concerns to our attention. The Office of the Inspector General considers this matter closed.

INTAKE AND REVIEW UNIT
Office of the Inspector General

IE: 15-0023003-01 (15-0000735-PI)

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gonzalez | Leonardo | V74470 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C11-202 | | | Cruel and Unusual prison conditions |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Officer Guzman or C/O Guzman was working the control on the building the other day when you came my door about 830 and when my hands not work good so I had to pull the door open so she triggered my hand in the little space of the door since you close the door you close the door and clench my right hand later hurted and permanently putting part of my finger's affecting the mobility of my hand. I have written to medic to Medic why would there be if you were to following my orders

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )   **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: _____ DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| G Valdivinos | 4/22/13 | | (CIRCLE ONE) YES   NO |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Facility C Program office | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

#33

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gonzalez | Landon | V49970 | _(signature)_ |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C17-207 | | | Cruel and Unusual Prison Conditions |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Officer Bryan on 4/6/15 were working in C pod in the control of the Building 17 about 1:30 am He open my door about 5 inches. He know that my door do not work good so I have to pull the door to open, so when I inserted my hand in the little space of about 5 inches to open the door. He close the door and pinch my right hand intentional and premeditored cutting part of my fingers affecting the mobility of my hand, I have witness so I wrote a cdcr 602 but (Ad) were ted because they want a response at this cdcr 22 by the SSU ___ of ___

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| G. Villareal 41 | 4/22/15 | _(signature)_ | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Facility C program office | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

EXHIBIT #34

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| *[handwritten]* | *J 34078* | *CTC - 2 C* |

| PATIENT SIGNATURE | DATE |
|---|---|
| *[signature]* | *04/07/15* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *[handwritten text] about 7:20 am the officer & I were working in the control of the building check my right hand interrupted during part of my fingers, I was made my head, my neck is hurt lot bruises on my arm bruise and pain I told officer Police ...*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT #35   #35

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☑ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

_____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

#36

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☑ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gonzalez Leandro | V 74928 | C 11-201 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 5/15/15 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) On 4/6/15 I wrote you a CDCR 7362 but you did not call me, this is the second next 602" well I feel shame, humiliation and mental distress because officer Gusman physically assaulted to me also there is a campaign of harassment against to me. Thank you.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT # 37

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gonzalez, Gonzalo | ✓ 74928 | C-7-207 |

PATIENT SIGNATURE:  _signature_       DATE: 09/23/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

on 9/6/15 I submitted a cdcr 7362 with the issue that CO Guzman squeeze my right hand planned, I seen a nurse but she refuse to gave to me medical attention; about 2 months and 3 weeks already pass and the bones of my hand are still in pain, as well as I submitted a cdcr 602 but CO reprisal because they want medical supportive document. Thanks

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copay, if applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT #38

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, April 21, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 04/08/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3. All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor). Your appeal is missing:*

*Provide a Form 22 about this issue with a response from the officer named in your appeal, including a supervisor review by the facility sergeant, lieutenant, or captain.*

*The Hiring Authority reviewed this appeal and determined that it did not meet the requirement for assignment as a staff complaint and was referred for routine appeal processing.*

☐ V. Sosa, CCII
☐ B. Baenziger, CCII
Appeals Coordinator
RJD

Date: 4/28/15

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.
I submitted two Forms 22 about this issue, one to officer Gusman, the anotherone to Facility C staff in program office (see attached copies) I wait an answere but I did not get it. please screen this appeal to acceptance and assignment for review.
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE: THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #39

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, May 21, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 04/30/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(6). Your appeal makes a general allegation, but fails to state facts or specify an act or decision consistent with the allegation.*

*You must provide evidence and details that support your unsubstantiated claim indicating staff closed the door on your hand.*

    ☐  V. Sosa, CCII
    ☐  B. Self, CCII
Appeals Coordinator
RJD

5/27/15

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*The specify act is "Guard Brutality" I was injured and that the guard acted maliciously, I have a constitutional claim for the Tort of "battery" the evidence to support are 2 declaration, wrote by witnesses with personal Knowledge of those Fact (see Attached)*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #40

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, May 21, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 04/30/2015
Log Number: RJD-C-15-01449
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3. All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor). Your appeal is missing:*

*You did not provide a CDCR 22 with a response. Please provide a copy of the CDCR 22 form from the Facility-C Officer mentioned. If you are dissatisfied with the response contact the supervisor (Sgt., Lt., and or Captain).*

☐  V. Sosa, CCII
☐  B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

5/27/15

I wrote a CDCR 22 form to officer Gosman
on 4/22/15 (see attached) but the still
refuse to answer, to clearly seen
stop play games.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #41

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, May 21, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 04/30/2015
Log Number: RJD-C-15-01449
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(12). You have attached dividers or tabs to the appeal forms and/or supporting documents.*

*Please remove medical request forms attached to your appeal.*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

5/27/15

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

I removed

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #42

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, May 21, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 04/30/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(12).  You have attached dividers or tabs to the appeal forms and/or supporting documents.*

*Please remove medical request forms attached to your appeal.*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.   5/27/15

I removed

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #43

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, June 18, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 05/29/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3. All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor). Your appeal is missing:*

*Please provide documentation to support your claim (medical report) or any documentation to support your claim. Remove handwritten notes. Please follow the instructions noted on the 695(s) attached and resubmit.*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*June 22, 2015*

*on may 21, in your 695 you requested I remove the only medical documen-tation I have and requested evidence, so I removed and sent you 2 declaration as evidence, Now I'm sending again the medical documentation, next time I will direct to District Court because is clear you are cover off Kev Gusman*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #44

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Saturday, August 01, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 07/03/2015
Log Number: RJD-C-15-01449
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(14). You have not submitted your appeal on the departmentally approved appeal forms.*

*Remove handwritten & typed notes from other inmates. Please follow the instructions noted on previous CDCR 695(s).*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

08/05/15

I removed, as well as I pursuant 15 CCR§3084.3(b) because I have diffi-
culty in describing the problem and attached the necessary supporting
documents, my primary language is spanish; I request (AC) arrange an
interview to clarify or complete the appeal. thank you.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE: THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #45

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Saturday, September 12, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 08/11/2015
Log Number: RJD-C-15-01449
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3. All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor). Your appeal is missing:*

*You have not attached the documents as requested on previous 695(s). Please follow the instructions noted. Per CCR 3084 (h): Supporting documents means documents that are needed to substantiate allegations made in the appeal including, but not lim¬ited to, classification chronos, property inventory sheets, property receipts, disciplinary reports with supplements, incident reports, notifications of disallowed mail, trust account statements, memo¬randa or letters, medical records and written requests for interviews, items or services. Supporting documents do not include documents that simply restate the matter under appeal, argue its merits, or in¬troduce new issues not identified in the present appeal form. You have attached some documents; however, it appears pages are missing. Please attach documents.*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

10/08/15

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

I am unable to communicate well in english also cdcr staff refuse to given to me the needed document, this appeal should have been processed even though some technical requirement was not meet; Anyway I attached a new medical cdc 7362 Form.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #46

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Saturday, September 12, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 08/11/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(14). You have not submitted your appeal on the departmentally approved appeal forms.*

*Only attach documents that are relevant to your appeal.*

☐   V. Sosa, CCII
☐   B. Self, CCII
Appeals Coordinator
RJD

10/08/15

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*you are wrong because my appeal was submitted in the approved appeal 602 Form, IF you want another Form, you have to wait I submit a §1983 complaint with your name For violated due process and equal protection of XIV const. Amend.*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #47

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE                     DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME)                    (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Gonzalez Leandro Leonel | V74928 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO ____ | TOPIC (I.E. MAIL, CONDITION (IF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C11-201 | | | Delayed or lost Appeal |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:   (AC) V. Sosa, CCII & B. Self, CCII RJD.

On October 8, 2015 I submitted a appeal to AC Log #RJD-15-D1449 after AC rejected.
I have been waiting 53 days your response but I still do not get the CDC 602 form
or any response, I am asking whether the appel was received and requesting a
report on its current status. Thank you

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:_____ DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|
| M. BONILLA cw | 12-1-1T | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|
| AC | 12-1-15 | |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| B. Self CCII | 12/16/15 | | 12/16/15 |

Appeal was last screened out 11/23/15 with
instructions

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I am disagree with B. Self CCII (AC) response, because I still do not receive my appeal CDC 602 form. This
is not the first time this happened, I have other appeal CDC 602 intercepted in the past in RJDCF, I will
wait your answere with the purpose to take legal action in this matter. thank you.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 12/20/15 |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. Olwain CLA | 2/24/16 | | 2/24/16 |

RJD appeals office last screened out your appeal in 11/23/15
and have no record of receiving it after 11/23/15 as todays date

EXHIBIT #48

(6 - 112)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, November 23, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 10/05/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as
established in CCR 3084.3. All documents must be legible (If necessary, you may obtain
copy(ies) of requested documents by sending a request with a signed trust withdrawal form to
your assigned counselor). Your appeal is missing:*

*You have failed to attach a medical report CDCR7219. You have failed to attach documentation to
support your claim. Please follow the instructions and resubmit with the items being requested.*

*Per CCR 3084 (h): Supporting documents means documents that are needed to substantiate
allegations made in the appeal including, but not limited to, classification chronos, property
inventory sheets, property receipts, disciplinary reports with supplements, incident reports,
notifications of disallowed mail, trust account statements, memoranda or letters, medical records
and written requests for interviews, items or services. Supporting documents do not include
documents that simply restate the matter under appeal, argue its merits, or introduce new issues
not identified in the present appeal form.*

V. Sosa, CCII
B. Self, CCII
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____
_____
_____
_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
  NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHIBIT #49

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, November 23, 2015*

*GONZALEZ, V74928*
*C 011 2201001UP*

LIVING CONDITIONS, Other, 10/05/2015
Log Number: RJD-C-15-01449
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(14).   You have not submitted your appeal on the departmentally
approved appeal forms.*

*Only attach the documents requested.*

    V. Sosa, CCII
    B. Self, CCII'
Appeals Coordinator
RJD

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
 **NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

EXHIBIT #50

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | | RJD-C-15-02013 | |

**FOR STAFF USE ONLY**

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Gonzalez Leandro | CDCR Number: V74978 | Unit/Cell Number: C11-201 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Unsafe Condition in Prison

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): I am Inmate Gonzalez Living in cell 201, Building 11 in "C"yard since beginning of May 2015, well the Eighth Amendment's prohibition of cruel and unusual punishment also

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I need you send to cell 201, Building 11, "C"yard, RJD a repairder to repair the door of this cell please A.S.A.P

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
1 CDCR Form 22 dated 4/28/15

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: Gonzalez        Date Submitted: 5/18/15

☐ By placing my initials in this box, I waive my right to receive an interview.

*(stamp, right margin)* Received MAY 20 2015 RJDCF Appeals 5/027 CC-OFFICER

*(vertical text, right margin)* RECEIVED

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:                         JUN 09 2015
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
 Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
 Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
 See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
        (Print Name)
Reviewer: _____ Title: _____ Signature: _____
      (Print Name)
Date received by AC: _____

#51    | AC Use Only |
       | Date mailed/delivered to appellant ___ / ___ / ___ |

EXHIBIT #51

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gonzalez Leandro | V74928 | C-11-207 | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** protects my rights to safe and somewhat decent conditions in prison, the problem I have is the door of my cell, because do not work good, special when is opening, this condition already affect my health and safety because I was injured physically and phychologically, anyway this condition is putting to me and my cellmate at serious risk for injuries in the future, eg. on 4/6/15 the officer Gusman was working in the control of this building opening and closing the doors, so he acted with deliberate indiference manipulate this condition because he clinch my right hand with the door, my finger got cuts and I can not moved my right hand as well as I had a serious pain in my right arm, he made me felt shame, humiliation and mental distress too. on 4/28/15 I submitted a CDCR form 22 to plant ops or engineers regarding the aforementioned but I got not response.

Inmate/Parolee Signature: _____    Date Submitted: 5/18/15

**B.  Continuation of CDCR 602, Section B only (Action requested):** lawsuit for money damages pursuant to the California tour claim act and federal civil Right action.

I pursuant constitutional First, Fourth, Fifth, Eighth and Fourteenth Amendment U.S.

Inmate/Parolee Signature: _____    Date Submitted: 5/18/15

EXHIBIT #53

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT)  (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Gonzalez Leonardo | V74972 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 11-201 | | HOURS FROM_____ TO_____ | Unsafe Conditions in prison |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: to Plant oras at engineers
I came to building 11 cell 201 in C yard at biginding of
this months, the problem what I have is the door of
my cell do not work good when open and close.
please come to "11" "201" to repair the door.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:_____   DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 4-9-... | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | 4-9-... | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

EXHIBIT #55

United States District Court
Southern District of California

Leandro González
        Plaintiff
        v.
Official Gusman
        Defendant

Declaration
Rocha J
CDCR V52467

Civil Action

I Rocha J. hereby declares:

On 4/6/15 I was in cell 201, Building 11, C yard in RJDCF, about 7:20 am. I was lie down on my bed waiting the officer Gusman open the door to go to eat the break-fast, suddenly the door opened about 5 or 6 inchs, then my cellmate inmate González inserted his right hand in the space with the purpose to pull the door to open because the door do not work good, every time we have to get out of our cell, when the officer open little the door we

EXHIBIT #56

have to pull it to open, but this time when Gonzalez inserted his hand to pull it the door, the officer Gosman closed the door acted with deliberate indifference in place of to open clinching Gonzalez's right hand, then Gonzalez vociferous to the officer Gosman a couple time "Open the Door" Finally officer Gosman opened the door.

I saw the Gonzalez's fingers in his right hand with deep cuts.

I Rocha J. declare under penalty of perjury that the foregoing is true and correct, executed in RJDCF San Diego, California on 5/5/15.

Respectfully Submitted.

Rocha Rocha

EXHIBIT #57

In the United States District Court
For the Southern District of California

| Leandro Gonzalez | DECLARATION |
|---|---|
|        Plaintiff | OF EFREN SILVA |
|    v. | |
| Correctional Officer Gusman | Civil Action |
|        Defendant | No. |

I Efren Silva CDCR # G42829 hereby declares:

I have been incarcerated at Richard J. Donovan Correctional Facility for a while, I have been housed in building 11, I am currently in cell 239, Leandro Gonzalez is currently in cell 201 and have been for several months.

On the second week of April 2015, I saw Leandro Gonzalez walked around the yard, when He was passing front to me suddenly the yard got down, we started to talk, I asked to Him if He will do pull up in the bar, He said no because He had serious injuries on the fingers of His right hand as well as He can not used His hand and arm, I asked Him what happened, He told me, on April 6, approximate 7:20 am. The CO Gusman opened the door about 5 inchs as the control did every day, Then He inserted His right hand with the purpose to pull the door to open as He did in the past days because the door do not work good (He had to pulled the door to opened) but on April 6, 2015, the CO Gusman only open little His door, He thought that was time to walk to the kitchen, He inserted His right hand to pull it but when the CO Gusman saw His fingers out the door trying to open, He close the door squeezing His right hand. I asked Leandro Gonzalez what He did in that moment, He told me That He vociferate to CO Gusman "Open the door, Open the door" Until CO Gusman open the door.

Leandro Gonzalez showed to me the fingers of His right hand, I saw His fingers with deep cuts.

Leandro Gonzalez asked to me if I can write a declaration regarding the aforementioned, I answered yes and I wrote the foregoing.

(1)

EXHIBIT #58

On October 16, 2015, Leandro Gonzalez told me that the officers went to searched His cell 201, when He and His Cell-mate were out and took the declaration, Then He asked to me if I can write the declaration again, I answered yes and wrote the aforementioned.

I Efren Silva declare under penalty of perjury that the foregoing is true and correct, executed in RJDCF San Diego, California on October 17, 2015.

Respectfully submitted

*Efren Silva*

Efren Silva

(2)

EXHIBIT #59



US POSTAGE ⟫ PITNEY BOWES

ZIP 93960 $ 006.85⁰
02 1W
0001393392 JAN 10. 2017

**LEGAL MAIL**

Leandro Leonel Gonzalez
CDR # V74928
Salinas Valley State Prison /A4-147
P.O. Box 1050
Soledad
California 93960

Clerk of the U.S. District Court
333 West Broadway
Suite 420
San Diego, CA 92101

**LEGAL MAIL**

STATE PRISON
GENERATED MAIL

